**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 21, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

―――――――――――――――――――――

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JASON MITCHELL ABBO,

    Defendant - Appellant.

No. 18-6081
(D.C. No. 5:16-CV-00722-M)
(W.D. Okla.)

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

Before **MATHESON** and **BACHARACH**, Circuit Judges.

―――――――――――――――――――――

    This matter is before the court on counsel Colin W. Rockett's *Motion to Withdraw as Attorney of Record* and supplement thereto and *Motion for Extension of Time* to file the brief, certificate of appealability, and appendix. Upon consideration, the motion to withdraw is granted, and the motion for extension of time is denied as moot. Appellant remains eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and we find that the interests of justice will be served by appointing counsel for Appellant. *See* 18 U.S.C. § 3006A(a)(2).

New counsel will be appointed by separate order in due course. Briefing remains suspended pending further order of the court.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lindy Lucero Schaible
           Counsel to the Clerk